1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   YOW MING YEH,                          No. 2:13-CV-0261-CMK-P

12              Petitioner,

13        vs.                               ORDER

14   M. HAMILTON,

15              Respondent.

16   _____/

17           Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges an adverse prison disciplinary

19   decision.  Consequently, the instant petition is one for review of the execution of a sentence

20   imposed by a California state court.  As a general rule, "[t]he proper forum to challenge the

21   execution of a sentence is the district where the prisoner is confined."  Dunne v. Henman, 875

22   F.2d 244, 249 (9th Cir. 1989).  Petitioner is incarcerated at Kern Valley State Prison, located in

23   Kern County, which is part of the Fresno division of this court.  See Local Rule 120(b).  Because

24   the Sacramento division is not the proper division, this action will be transferred to the Fresno

25   division.

26   / / /

                                            1

1          Accordingly, IT IS HEREBY ORDERED that this action is transferred to the

2    United States District Court for the Eastern District of California sitting in Fresno.

3

    DATED: March 7, 2013

4

5                                        _____
                                    **CRAIG M. KELLISON**

6                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26